FILED
U.S. DISTRICT COURT

2005 OCT 28  AM 11: 33

CLERK _____
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| PIERRE SHARIF CONEY,         )<br>                              )<br>         Petitioner,          )<br>                              )<br>v.                            )<br>                              )<br>UNITED STATES OF AMERICA,    )<br>                              )<br>         Respondent.         ) | CV 305-058<br>(Formerly CF 303-014) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the motion is **DENIED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of the Respondent.

SO ORDERED this 28th day of October, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE